B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Masalskis, Zydrunas** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0955** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1025 Courtland Drive**<br>**Buffalo Grove, IL**<br>ZIP Code **60089** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**924 S. Thurlow**<br>**Hinsdale, IL**<br>ZIP Code **60521** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Masalskis, Zydrunas** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Masalskis, Zydrunas** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Zydrunas Masalskis**
Signature of Debtor  **Zydrunas Masalskis**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 19, 2009**
Date

### Signature of Attorney*

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name

**4043 Dempster**
**Skokie, IL 60076**

_____
Address

**Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**
Telephone Number

**August 19, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Zydrunas Masalskis** _____    Case No. _____

                                   Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Zydrunas Masalskis**
**Zydrunas Masalskis**

Date:   **August 19, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Zydrunas Masalskis** _____,      Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,455,000.00 | | |
| B - Personal Property | Yes | 4 | 5,450.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,260,710.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 1,738,266.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,575.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,825.00 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| | Total Assets | | 1,460,450.00 | | |
| | Total Liabilities | | | 2,998,976.44 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Zydrunas Masalskis** _____,   Case No. _____

Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **Zydrunas Masalskis**                                                ,    Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence/Townhouse:**<br>**1025 Courtland Drive**<br>**Buffalo Grove, Illinois 60089** | **Fee simple** | - | **155,000.00** | **230,000.00** |
| **Investment/Single Family Spec House:**<br>**924 S. Thurlow**<br>**Hinsdale, illinois 60521** | **Fee simple** | - | **1,300,000.00** | **1,030,710.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,455,000.00** | (Total of this page) |
| Total > | **1,455,000.00** |  |

  **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Zydrunas Masalskis**                                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | - | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal checking account at Bank of America** | - | 500.00 |
| | | **Personal checking account at Fifth Third Bank** | - | 100.00 |
| | | **Personal checking account at Harris Bank** | - | 50.00 |
| | | **Business checking account at Bank of America in name of New Baltija, Inc.** | - | 500.00 |
| | | **Business checking account at National City Bank in name of New Baltija, Inc.** | - | 200.00 |
| | | **Business checking account at National City Bank in name of NB Auto, Inc.** | - | 200.00 |
| | | **Business checking account at Fifth Third Bank in name of New Baltija, Inc.** | - | 100.00 |
| | | **Business checking account at Fifth Third Bank in name of NB Auto, Inc.** | - | 100.00 |
| | | **Business checking account at Washington Mutual/JP Morgan Chase in name of New Baltija, Inc.** | - | 100.00 |
| | | **Business checking account at Washington Mutual/JP Morgan Chase in name of NB Auto, Inc.** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **General and ordinary household goods and furnishings** | - | 500.00 |

|  |  | Sub-Total > | 2,550.00 |
|---|---|---|---|
|  |  | (Total of this page) | |

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zydrunas Masalskis**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary wearing apparel** | - | 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance with Pekin Insurnace** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder of New Baltija, Inc.** **100% shareholder of NB Auto, Inc.** | - | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **300.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Body shop license** | - | 100.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Volvo Truck with 1,400,000 miles in name of New Baltija, Inc.** | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >        **2,600.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)
Total >      5,450.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Zydrunas Masalskis** _____,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence/Townhouse:** | **735 ILCS 5/12-901** | **15,000.00** | **155,000.00** |
| **1025 Courtland Drive** | | | |
| **Buffalo Grove, Illinois 60089** | | | |
| | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Personal checking account at Bank of America** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Personal checking account at Fifth Third Bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Personal checking account at Harris Bank** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Business checking account at Bank of America in name of New Baltija, Inc.** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Business checking account at National City Bank in name of New Baltija, Inc.** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Business checking account at National City Bank in name of NB Auto, Inc.** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Business checking account at Fifth Third Bank in name of New Baltija, Inc.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Business checking account at Fifth Third Bank in name of NB Auto, Inc.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Business checking account at Washington Mutual/JP Morgan Chase in name of New Baltija, Inc.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Business checking account at Washington Mutual/JP Morgan Chase in name of NB Auto, Inc.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **General and ordinary household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Term life insurance with Pekin Insurnace** | **215 ILCS 5/238** | **0.00** | **0.00** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **100% shareholder of New Baltija, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **100% shareholder of NB Auto, Inc.** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Zydrunas Masalskis**                                    ,      Case No. _____
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Licenses, Franchises, and Other General Intangibles** | | | |
| **Body shop license** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 Volvo Truck with 1,400,000 miles in name of New Baltija, Inc.** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,500.00** |

Total:       **20,350.00**           **160,450.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Zydrunas Masalskis**                                   Case No. _____

                                              ,
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 85895 | | | | Opened 7/06/05 | | | | | |
| Creditor #: 1 5th 3rd Bk 38 Fountain Sq Pl Cincinnati, OH 45202 | - | | | Mortgage (HELOC) Residence/Townhouse: 1025 Courtland Drive Buffalo Grove, Illinois 60089 | | X | | | |
| | | | | Value $            155,000.00 | | | | 36,124.00 | 36,124.00 |
| Account No. 992354 | | | | Opened 6/22/05 | | | | | |
| Creditor #: 2 Charter One 1 Citizens Dr Riverside, RI 02915 | - | | | Mortgage (HELOC) Residence/Townhouse: 1025 Courtland Drive Buffalo Grove, Illinois 60089 | | X | | | |
| | | | | Value $            155,000.00 | | | | 32,517.00 | 32,517.00 |
| Account No. 271051 | | | | Opened 7/09/05 | | | | | |
| Creditor #: 3 Citibankna 1000 Technology Dr O Fallon, MO 63368 | - | | | Mortgage (HELOC) Residence/Townhouse: 1025 Courtland Drive Buffalo Grove, Illinois 60089 | | X | | | |
| | | | | Value $            155,000.00 | | | | 22,715.00 | 6,359.00 |
| Account No. 4585926180 | | | | Opened 3/09/07 | | | | | |
| Creditor #: 4 Natl City Po Box 94982 Cleveland, OH 44101 | - | | | Mortgage (HELOC) Investment/Single Family Spec House: 924 S. Thurlow Hinsdale, illinois 60521 | | X | | | |
| | | | | Value $          1,300,000.00 | | | | 110,710.00 | 0.00 |
| **_1_** continuation sheets attached | | | | Subtotal (Total of this page) | | | | 202,066.00 | 75,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Zydrunas Masalskis** _____ ,    Case No. _____

                                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **4330005380832 // 09-CH-2928** | | | | | Opened  8/08/08 | | | | | |
| **Creditor #: 5**<br>**Ntl City Mtg**<br>**3232 Newark Dr**<br>**Miamisburg, OH 45342** | - | | | | Mortgage<br><br>Investment/Single Family Spec House:<br>**924 S. Thurlow**<br>**Hinsdale, illinois 60521** | | X | | | |
| | | | | | Value $        **1,300,000.00** | | | | **920,000.00** | **0.00** |
| Account No. | | | | | Heaver Scott Beyers & Mihlar, LLC<br>60 West Randolph, Ste. 200<br>Chicago, IL 60601 | | | | | |
| Representing:<br>**Ntl City Mtg** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Heavner Scott Beyers & Mihlar, LLC<br>111 E. Main St., Ste. 200<br>Decatur, IL 62523 | | | | | |
| Representing:<br>**Ntl City Mtg** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. 7843990505 | | | | | Opened  5/31/05 | | | | | |
| **Creditor #: 6**<br>**Taylor Bean**<br>**101 Ne 2nd Street**<br>**Ocala, FL 34470** | - | | | | Mortgage<br><br>Residence/Townhouse:<br>**1025 Courtland Drive**<br>**Buffalo Grove, Illinois 60089** | | X | | | |
| | | | | | Value $      **155,000.00** | | | | **138,644.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,058,644.00** | **0.00** |
| Total<br>(Report on Summary of Schedules) | **1,260,710.00** | **75,000.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    __Zydrunas Masalskis_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Zydrunas Masalskis**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 603459070027 | | | - | | Opened 12/02/02 Credit account. | | X | | |
| Creditor #: 1 Abt Tv/Gemb Po Box 981439 El Paso, TX 79998 | | | | | | | | | 9,786.00 |
| Account No. | | | - | | Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor. | | | | |
| Creditor #: 2 Adkins Transport Attn: Ronnie Adkins 10 Hillside Way Dresden, ME 04342 | | | | | | | | | 500.00 |
| Account No. 01200134009706 | | | | | 03/07/2009 Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor. | | | | |
| Creditor #: 3 ADT Security Services Inc. PO Box 371967 Pittsburgh, PA 15250-7967 | | | | | | | | | 106.47 |
| Account No. 5584-1800-1430-5455 | | | - | | Opened  7/09/07 Business credit account, personally guaranteed by debtor. | | X | | |
| Creditor #: 4 Advanta Bk Welsh And Mckean R Horsham, PA 19044 | | | | | | | | | 11,901.00 |

|  |  |  |
|---|---|---|
| __37__  continuation sheets attached | Subtotal (Total of this page) | 22,293.47 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:30457-090831   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Zydrunas Masalskis_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Trn Ref # 20081105-00002097** | | | | **11/05/08** | | | | |
| **Creditor #: 5** **Agata Stanislavovna Matseykyanets** **Ul. Artileriyskaya 28** **G. Lida** **Belarus** | - | | | **Corporate debt in name of N. B. Auto, Inc., personally guaranteed by debtor.** **[2005 Toyota Rav-4]** | | | | **11,465.00** |
| Account No. **Trn ref #: 20081113-00001159** | | | | **11/13/08** | | | | |
| **Creditor #: 6** **Aliaksandr Boniushka Victorovich** **40-43 Yakubova Str.** **Minsk** **Belarus** | - | | | **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** **[2005 Honda CR-V]** | | | | **13,873.00** |
| Account No. **Trn Ref # 20081128-00004529** | | | | **11/28/08** | | | | |
| **Creditor #: 7** **Aliaksei Papok Nikalaevich** **6-106 Gintovta Str.** **Minsk** **Belarus** | - | | | **Corporate debt in name of N.B. Auto, Inc. , personally guaranteed by debtor.** **[2003 Dodge Caravan]** | | | | **4,025.00** |
| Account No. **7084583240688 / 50805794** | | | | **Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor.** | | | | |
| **Creditor #: 8** **Alliant Law Group, P.C.** **c/o AT&T** **PO Box 468569** **Atlanta, GA 31146** | - | | | | | | | **202.43** |
| Account No. **Representing:** **Alliant Law Group, P.C.** | | | | **Alliant Law Group, P.C.** **2860 Zanker Road, Suite 105** **San Jose, CA 95134** | | | | |

Sheet no. __1___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **29,565.43**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zydrunas Masalskis**                                      ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 09/21/06 | | | | |
| Creditor #: 9 American President Lines c/o Teller, Levit, & Silvertrust, P 11 East Adams St. Chicago, IL 60603 | - | | | Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | X | | 108,506.00 |
| Account No. | | | | Andrejus Presniakovas Baltic Auto Shipping, Inc. 16189 New Ave. Lemont, IL 60439 | | | | |
| Representing: American President Lines | | | | | | | | |
| Account No. 98102839 / 478350 | | | | 07/27/06 | | | | |
| Creditor #: 10 American President Lines Attn: Rebecca Ruiz 116  Inverness Drive East Ste. 400 Englewood, CO 80112 | - | | | Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor. | | | | 1,900.00 |
| Account No. | | | | Debt for New Baltija, personally guaranteed by debtor. | | | | |
| Creditor #: 11 American President Lines c/o Stephen D. Burton & Assoc., PC 5450 E. Fifth St. Tucson, AZ 85711 | - | | | | | X | | 86,604.00 |
| Account No. Trn Ref #: 20081218-00001201 | | | | 12/18/08 | | | | |
| Creditor #: 12 Andrei Vladimiravich Kazhemiaka 16-4 Parkovaia Str. D. Stankovo Obl Minskaya Dzerginski R-N Belarus | - | | | Corporate debt in name of N. B. Auto Inc., personally guaranteed by debtor. [2005 Dodge Durango] | | | | 13,455.00 |

Sheet no. __2___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           210,465.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **232010427540** <br><br>**Creditor #: 13**<br>**AT&T**<br>**Po Box 6428**<br>**Carol Stream, IL 60197-6428** | | - | | | **Prior to 12/08**<br>**Utility Company** | | | | 1,801.13 |
| Account No. <br><br>**Representing:**<br>**AT&T** | | | | | **AT&T**<br>**5020 Ash Grove Road**<br>**Springfield, IL 62711** | | | | |
| Account No. **70845844067245** <br><br>**Creditor #: 14**<br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | - | | | **05/13/09**<br>**Corporate debt in name of N.B. Auto, Inc.,**<br>**personally guaranteed by debtor.** | | | | 114.51 |
| Account No. **70845832406884** <br><br>**Creditor #: 15**<br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | - | | | **04/14/09**<br>**Corporate debt in name of New Baltija Inc.,**<br>**personally guaranteed by debtor.** | | | | 124.77 |
| Account No. **70845832406900** <br><br>**Creditor #: 16**<br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | - | | | **05/13/2009**<br>**Corporate debt in name of New Baltija Inc.,**<br>**personally guaranteed by debtor.** | | | | 517.06 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,557.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis** _____ ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **842732427** <br><br> **Creditor #: 17** <br> **Audi Financial Services** <br> **PO Box 17497** <br> **Baltimore, MD 21297-1497** | | - | **Repossessed leased vehicle; amount reflects possable deficiency.** | | X | | **42,456.00** |
| Account No. **101106** <br><br> **Creditor #: 18** <br> **Authentic Business Systems, Inc.** <br> **9217 Gulfstream** <br> **Frankfort, IL 60423** | | - | **01/08/09** <br> **Corporate debt in name of N.B. Auto, Inc. , personally guaranteed by debtor.** | | | | **68.15** |
| Account No. **4339-9300-1795-1098** <br><br> **Creditor #: 19** <br> **Bank of America** <br> **Business Card** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | | - | **Revolving** <br> **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | **33,293.50** |
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Bank of America** <br> **Customer Correspondence** <br> **PO Box 15184** <br> **Wilmington, DE 19850** | | | | |
| Account No. <br><br> **Representing:** <br> **Bank of America** | | | **Bank of America** <br> **PO Box 53101** <br> **Phoenix, AZ 85072** | | | | |

Sheet no. __**4**___ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **75,817.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **291002090966**<br><br>**Creditor #: 20**<br>**Bank of America**<br>**PO Box 650071**<br>**Dallas, TX 75265-0071** | - | | | | **Personal checking and savings account.** | | | | **Unknown** |
| Account No. **291002090979**<br><br>**Creditor #: 21**<br>**Bank of America**<br>**PO Box 650071**<br>**Dallas, TX 75265-0071** | - | | | | **Personal checking and savings account.** | | | | **Unknown** |
| Account No. **5268-3501-7908-7981**<br><br>**Creditor #: 22**<br>**Best Buy/Reward Zone Program Master**<br>**PO Box 17051**<br>**Baltimore, MD 21297** | | | | | **Revolving**<br>**Credit account.** | | | | **442.01** |
| Account No.<br><br>**Representing:**<br>**Best Buy/Reward Zone Program Master** | | | | | **Best Buy/Reward Zone Program Master**<br>**PO Box 80045**<br>**Salinas, CA 93912** | | | | |
| Account No. **8788**<br><br>**Creditor #: 23**<br>**Bk Of Amer**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | - | | | | **Opened  2/24/07**<br>**Credit account.** | | X | | **6,078.61** |

Sheet no. __**5**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,520.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                              ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Representing:** <br> **Bk Of Amer** | | | | **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE 19886-5726** | | | | |
| Account No. <br><br> **Representing:** <br> **Bk Of Amer** | | | | **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | | | | |
| Account No. **74923014677599** <br> **Creditor #: 24** <br> **Bk Of Amer** <br> **P.O. Box 15027** <br> **Wilmington, DE 19850** | - | | | **Revolving** <br> **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | **20,199.52** |
| Account No. <br><br> **Representing:** <br> **Bk Of Amer** | | | | **Bank of America** <br> **PO Box 15019** <br> **Wilmington, DE 19886-5019** | | | | |
| Account No. **210068088721** <br> **Creditor #: 25** <br> **Bloomingdale's Insider** <br> **P.O. Box 183083** <br> **Columbus, OH 43218** | - | | | **Prior 12/08** <br> **Credit account** | | | | **1,684.92** |

Sheet no. __**6**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | **21,884.44** |
| (Total of this page) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> **Bloomingdale's Insider** | | | **Bloomingdale's Insider** <br> **Customer Service** <br> **P.O. Box 8118** <br> **Mason, OH 45040** | | | | |
| Account No. <br><br> Representing: <br> **Bloomingdale's Insider** | | | **Bloomingdale's Insider** <br> **Credit Bureu Dispute Verification** <br> **P.O. Box 8218** <br> **Mason, OH 45040** | | | | |
| Account No. <br><br> Representing: <br> **Bloomingdale's Insider** | | | **Bloomingdale's Insider** <br> **Collection Services** <br> **9111 Duke Boulevard** <br> **Mason, OH 45040** | | | | |
| Account No. **6594** <br><br> **Creditor #: 26** <br> **Buckeye Transcor, Inc.** <br> **Attn: Chris & Bill VanSchoyck** <br> **PO Box 193** <br> **Columbus Grove, OH 45830** | - | | Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor. | | | | **600.00** |
| Account No. <br><br> Representing: <br> **Buckeye Transcor, Inc.** | | | **Buckeye Transcor, Inc.** <br> **211 E. Sycamore St.** <br> **PO Box 193** <br> **Columbus Grove, OH 45830** | | | | |

Sheet no. __**7**___ of __**37**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**600.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Zydrunas Masalskis**                                              ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4115-0724-9202-8538** <br><br> **Creditor #: 27** <br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272** | - | | **Revolving** <br> **Credit account.** | | | | 1,371.37 |
| Account No. **4115-0724-9202-8538** <br><br> **Creditor #: 28** <br> **Capital One, N.A.** <br> **P.O. Box 6492** <br> **Carol Stream, IL 60197** | - | | **Revolving** <br> **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 470.85 |
| Account No. <br><br> **Creditor #: 29** <br> **CDA Trans. Corp.** <br> **Attn: Adem Cesir** <br> **5137 N. Nottingham** <br> **Chicago, IL 60656** | - | | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 1,200.00 |
| Account No. **N/A** <br><br> **Creditor #: 30** <br> **CEDA** <br> **208 South LaSalle, Ste. 1900** <br> **Chicago, IL 60604** | - | | **04/17/2009** <br> **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 200,000.00 |
| Account No. **nbauto** <br><br> **Creditor #: 31** <br> **CentralDispatch.com** <br> **3525 Del Mar Heights Rd. #212** <br> **San Diego, CA 92130** | - | | **05/01/09** <br> **Corporate debt in N.B. Auto Inc., personally guaranteed by debtor.** | | | | 147.00 |

Sheet no. __8___ of __37__ sheets attached to Schedule of                    Subtotal          203,189.22
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Zydrunas Masalskis**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **800-00009923549841** | | | | Prior to 12/08<br>Credit account | | | | |
| **Creditor #: 32**<br>**Charter One**<br>**P.O. Box 42002**<br>**Providence, RI 02940-2002** | - | | | | | | | |
| | | | | | | | | 32,402.33 |
| Account No. | | | | Charter One Consumer Loan Servicing<br>P.O Box 42002<br>Providence, RI 02940-2002 | | | | |
| **Representing:**<br>**Charter One** | | | | | | | | |
| Account No. **549092953021** | | | | Opened  7/01/03<br>Credit account. | | | | |
| **Creditor #: 33**<br>**Chase**<br>**800 Brooksedge Blv**<br>**Westerville, OH 43081** | - | | | | | X | | |
| | | | | | | | | 10,108.00 |
| Account No. **540979260078** | | | | Opened 10/30/01<br>Credit account. | | | | |
| **Creditor #: 34**<br>**Chase**<br>**Bank One Card Serv**<br>**Westerville, OH 43081** | - | | | | | X | | |
| | | | | | | | | 8,484.00 |
| Account No. **5490-9295-3021-4101** | | | | Prior to 12/08<br>Credit account | | | | |
| **Creditor #: 35**<br>**Chase**<br>**c/o Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | - | | | | | | | |
| | | | | | | | | 9,361.87 |

Sheet no. __**9**___ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,356.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Zydrunas Masalskis**                                                                    ,          Case No. _____

                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Representing:  Chase | | | | Chase (Inquiries) P.O. Box 15298 Wilmington, DE 19850 | | | | |
| Account No. 4185-8134-6205-5570  Creditor #: 36 Chase c/o Cardmember Services PO Box 15153 Wilmington, DE 19886 | | - | | Revolving Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor. | | | | 12,959.67 |
| Account No.  Representing:  Chase | | | | Chase (Inquiries) Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | | | |
| Account No. 5409-7926-0078-4514  Creditor #: 37 Chase c/o Cardmember Services PO Box 15153 Wilmington, DE 19886 | | - | | Prior to 12/08 Credit account | | | | 7,875.37 |
| Account No.  Representing:  Chase | | | | Chase Cardmember Services PO Box 15298 Wilmington, DE 19850-5298 | | | | |

Sheet no. __10__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,835.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4312-2810-0207-1166** | | | **Prior to 12/08** | | | | |
| **Creditor #: 38** **Chase** **Cardmember Service** **PO Box 15298** **Wilmington, DE 19850-5298** | | - | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 8,047.69 |
| Account No. | | | **Chase** | | | | |
| **Representing:** **Chase** | | | **c/o Cardmember Services** **PO Box 15153** **Wilmington, DE 19886** | | | | |
| Account No. **N/A** | | | **Opened 07/01/05** | | | | |
| **Creditor #: 39** **Chopp Commercial Properties, LLC** **9100 West Plainfield Road** **Brookfield, IL 60513** | | - | **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 32,000.00 |
| Account No. | | | **Mako Properties** | | | | |
| **Representing:** **Chopp Commercial Properties, LLC** | | | **7742 W. 61st Place** **Summit Argo, IL 60501** | | | | |
| Account No. **2710518552** | | | **Prior to 12/08** | | | | |
| **Creditor #: 40** **CitiBank, N.A.** **PO Box 209012** **Brooklyn, NY 11220-9012** | | - | **Credit account** | | | | 22,915.50 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **62,963.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Zydrunas Masalskis**_____,    Case No. _____
　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2255137 / 13202777** <br><br> **Creditor #: 41** <br> **Collection Bureau of America** <br> **c/o DS Waters of North America** <br> **PO Box 5013** <br> **Hayward, CA 94540-5013** | - | | | **Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor.** | | | | **96.32** |
| Account No. <br><br> **Representing:** <br> **Collection Bureau of America** | | | | **CBA** <br> **PO Box 5013** <br> **Hayward, CA 94540-5013** | | | | |
| Account No. **2373142040** <br><br> **Creditor #: 42** <br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream, IL 60197** | - | | | **Revolving** <br> **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | **985.76** |
| Account No. **05034521398** <br><br> **Creditor #: 43** <br> **Credit Collection Services** <br> **c/o Founders Insurance** <br> **Two Wells Ave., Dept 9134** <br> **Newton Center, MA 02459** | - | | | **05/26/09** <br> **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | **181.70** |
| Account No. <br><br> **Representing:** <br> **Credit Collection Services** | | | | **CCS** <br> **P.O. Box 9134** <br> **Needham Heights, MA 02494** | | | | |

Sheet no. __**12**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,263.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                          ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **05 0345 21398 / GAIL000252** <br><br> **Creditor #: 44** <br> **Credit Collection Services** <br> **Two Wells Ave., Dept 9134** <br> **Newton, MA 02459** | | - | | **06/29/09** <br> **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | **181.70** |
| Account No. <br><br> **Representing:** <br> **Credit Collection Services** | | | | **C.C.S.** <br> **P.O. Box 55126** <br> **Boston, MA 02205-5126** | | | | |
| Account No. **09 0041 76823 / 2373142040** <br><br> **Creditor #: 45** <br> **Credit Collection Services** <br> **c/o Commonwealth Edison** <br> **2 Wells Aven. DEPT: 773** <br> **Newton, MA 02459** | | - | | **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | **1,000.95** |
| Account No. <br><br> **Representing:** <br> **Credit Collection Services** | | | | **CCS** <br> **PO Box 55126** <br> **Boston, MA 02205-5126** | | | | |
| Account No. <br><br> **Creditor #: 46** <br> **DAK Transport** <br> **Attn: Andy Skladanowski** <br> **9335 W. Peninsula Ct.** <br> **Monee, IL 60452** | | - | | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | **500.00** |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,682.65**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                                          ,        Case No. _____
                                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5462-8300-6100-6045** <br><br> **Creditor #: 47** <br> **Direct Merchants Bank** <br> **PO Box 17313** <br> **Baltimore, MD 21297-1313** | - | | **Prior to 12/08** <br> **Credit account** | | | | 5,383.82 |
| Account No. <br><br> **Representing:** <br> **Direct Merchants Bank** | | | **Direct Merchants Bank** <br> **PO Box 5250** <br> **Carol Stream, IL 60197-9641** | | | | |
| Account No. **4706** <br><br> **Creditor #: 48** <br> **Discover** <br> **PO Box 6103** <br> **Carol Stream, IL 60197-6103** | - | | **Revolving** <br> **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 9,013.08 |
| Account No. <br><br> **Representing:** <br> **Discover** | | | **Discover Business Card** <br> **PO Box 15316** <br> **Wilmington, DE 19850** | | | | |
| Account No. **601120896421** <br><br> **Creditor #: 49** <br> **Discover Fin** <br> **Pob 15316** <br> **Wilmington, DE 19850** | - | | **Opened  6/22/03** <br> **Credit account.** | | | X | 13,998.00 |

| | | |
|---|---|---|
| Sheet no. __14__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 28,394.90 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                                                  ,       Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 601139855765 | | | | Opened 5/08/07 Credit account. | | | | |
| Creditor #: 50 Discover Fin Pob 15316 Wilmington, DE 19850 | | - | | | | X | | |
| | | | | | | | | 9,013.00 |
| Account No. 210068088 | | | | Opened 2/29/04 Credit account. | | | | |
| Creditor #: 51 Dsnb Bloom 9111 Duke Blvd Mason, OH 45040 | | - | | | | X | | |
| | | | | | | | | 1,685.00 |
| Account No. 437270166 | | | | Opened 6/01/03 Credit account. | | | | |
| Creditor #: 52 Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | - | | | | X | | |
| | | | | | | | | 109.00 |
| Account No. Trn Ref #: 20081215-00004770 | | | | 12/15/08 Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor. [2006 Mazda 5] | | | | |
| Creditor #: 53 Dzmitry Zubovich G. Bobruysk UL. Belarus | | - | | | | | | |
| | | | | | | | | 8,450.00 |
| Account No. 4730440 | | | | Revolving Credit account. | | | | |
| Creditor #: 54 Encore Receivable Management, Inc. 400 N. Rogers Rd. PO Box 3330 Olathe, KS 66063-3333 | | - | | | | | | |
| | | | | | | | | 9,786.00 |

Sheet no. __15__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,043.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                          ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Encore Receivable Management, Inc.** | | | **ABT TV** P.O. Box 960061 Orlando, FL 32896 | | | | |
| Account No. 310484601 **Creditor #: 55 FeEx Corporation Revenue Recovery Department Po Box 94515 Palatine, IL 60094-4515** | | - | 04/09/2009-05/07/2009 **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 218.88 |
| Account No. 7034 **Creditor #: 56 Fia Csna 4060 Ogletown/Stan Newark, DE 19713** | | - | **Opened  8/18/08 Credit account.** | | X | | 4,998.00 |
| Account No. 00858950181 **Creditor #: 57 Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45263** | | - | **Prior to 12/08 Credit account** | | | | 35,874.79 |
| Account No. 8325 **Creditor #: 58 Financial Recovery Services, Inc. c/o Chase PO Box 385908 Minneapolis, MN 55438-5908** | | - | **Revolving Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | 7,030.36 |

Sheet no. __16__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           48,122.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Financial Recovery Services, Inc.** | | | | | JP Morgan Chase Bank, N.A. Fraud Recovery Investigations PO Box 710988 Columbus, OH 43271 | | | | |
| Account No. **00510023542-21494** **Creditor #: 59 First Midwest Bank Payment Processing P.O. Box 9003 Gurnee, IL 60031** | | | - | | 03/13/09 Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor. | | | | 884.55 |
| Account No. **GAIL000252** **Creditor #: 60 Founders Insurance Company 1645 E. Birchwood Ave. Des Plaines, IL 60018** | | | | | Corporate debt in name of N.B. Auto Inc. and New Baltijac Inc., personally guaranteed by debtor. | | | | 5,228.70 |
| Account No. **6034590700275388** **Creditor #: 61 GE Money Bank P.O. Box 981127 El Paso, TX 79998-1127** | | | - | | Prior to 12/08 Credit account | | | | 9,167.91 |
| Account No. **Representing: GE Money Bank** | | | | | GE Money Bank (Billing Inquiries) P.O. Box 981438 El Paso, TX 79998-1438 | | | | |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **15,281.16**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**GE Money Bank** | | | | **GE Money Bank (Mail Payment)**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061** | | | | |
| Account No.<br><br>**Creditor #: 62**<br>**Gorgasal Trucking LLC**<br>**Attn: Ruslan Khukhua**<br>**11822 E. Fair Ave.**<br>**Greenwood Village, CO 80111** | | - | | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 400.00 |
| Account No.  **Trn Ref #: 20090116-00001001**<br><br>**Creditor #: 63**<br>**Hanna Ignatievna Kashkan**<br>**Tristenets Uzdenskiy R-N**<br>**Minsk**<br>**Belarus** | | - | | **01/16/09**<br>**Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.**<br>**[2007 Infinity G35]** | | | | 8,865.00 |
| Account No.  **Trn Ref # 20081209-00000948**<br><br>**Creditor #: 64**<br>**Hanna Kurpeshka**<br>**87-101 Oktyabrskaya**<br>**Soligorsk**<br>**Belarus** | | - | | **12/09/08**<br>**Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 28,575.00 |
| Account No.  **4801877257**<br><br>**Creditor #: 65**<br>**Harris N.A.**<br>**P.O. Box 94033**<br>**Palatine, IL 60094-4033** | | - | | **Prior to 12/08**<br>**Overdraft protection to bank.** | | X | | 1,983.35 |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,823.35

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Zydrunas Masalskis** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Representing: Harris N.A.** | | | | **Harris Bank** c/o Billing Department Serv. Dept. D P.O.Box 5043 Rolling Meadows, IL 60008 | | | | |
| Account No. **22551373840261** **Creditor #: 66 Hinckley Springs c/o DS Waters of America, Inc. PO BOX 660579 Dallas, TX 75266-0579** | | - | | **Prior to 12/08 Corporate debt in name of New Baltija, Inc. personally guaranteed by debtor.** | | | | 96.74 |
| Account No. **22551373840261** **Creditor #: 67 Hinckley Springs c/o DS Waters of America, Inc. PO BOX 660579 Dallas, TX 75266-0579** | | - | | **02/15/2009 Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 96.74 |
| Account No. **22551373840261** **Creditor #: 68 Hinckley Springs PO BOX 660579 Dallas, TX 75266-0579** | | - | | **06/01/09 Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 80.74 |
| Account No. **546283006100** **Creditor #: 69 Hsbc Bank Po Box 5253 Carol Stream, IL 60197** | | - | | **Opened  2/17/04 Credit account.** | | X | | 6,124.00 |

Sheet no. __19__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,398.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                          ,          Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **659878568**<br><br>**Creditor #: 70**<br>**I.C. Systems, Inc.**<br>**444 Highway 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164** | | - | | | Prior to 12/08<br>**Credit account** | | | | **56.46** |
| Account No.<br><br>**Representing:**<br>**I.C. Systems, Inc.** | | | | | **I.C. Systems, Inc.**<br>**P.O. Box 64138**<br>**Saint Paul, MN 55164-0138** | | | | |
| Account No. **8239**<br><br>**Creditor #: 71**<br>**IBG, Inc.**<br>**P.O. Box 1120**<br>**Barbourville, KY 40906** | | - | | | **12/15/2008**<br>**Corporate debt in name of New Baltija Inc.,**<br>**personally guaranteed by debtor.** | | | | **425.00** |
| Account No. **0501**<br><br>**Creditor #: 72**<br>**IBG, Inc.**<br>**P.O. Box 1120**<br>**Barbourville, KY 40906** | | - | | | **01/14/2009**<br>**Corporate debt in name of New Baltija Inc.,**<br>**personally guaranteed by debtor.** | | | | **225.00** |
| Account No. **Buyer # 61559**<br><br>**Creditor #: 73**<br>**Insurance Auto Auctions**<br>**Two Westbrook Center**<br>**Suite 500**<br>**Westchester, IL 60154** | | - | | | **03/18/09**<br>**Corporate debt in name of N.B. Auto, Inc.,**<br>**personally guaranteed by debtor.** | | | | **33,587.00** |

Sheet no. __**20**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,293.46**

B6F (Official Form 6F) (12/07) - Cont.

In re __Zydrunas Masalskis_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Creditor #: 74**<br>**Jacobs Transportation Inc.**<br>**Attn: Orfilda Flores**<br>**3720 W. Fullerton**<br>**Chicago, IL 60647** | - | | | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | **500.00** |
| Account No. **43727016652 20**<br><br>**Creditor #: 75**<br>**Macy's**<br>**111 Boulder Industrial Drive**<br>**Bridgeton, MO 63044** | - | | | **Revolving**<br>**Credit account.** | | | | **108.50** |
| Account No.<br><br>**Representing:**<br>**Macy's** | | | | **Macy's**<br>**PO Box 183084**<br>**Columbus, OH 43218-3084** | | | | |
| Account No.<br><br>**Representing:**<br>**Macy's** | | | | **Macy's**<br>**PO Box 689195**<br>**Des Moines, IA 50368-9195** | | | | |
| Account No.<br><br>**Representing:**<br>**Macy's** | | | | **Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368** | | | | |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **608.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Zydrunas Masalskis_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **N/A**<br><br>**Creditor #: 76**<br>**Maslovsky & Associates, LTD.**<br>**c/o Ala Moverer**<br>**555 Skokie Blvd., Ste. 500**<br>**Northbrook, IL 60062** | - | | | **04/02/09**<br>**Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 3,330.00 |
| Account No. **4264-5200-1185-7034**<br><br>**Creditor #: 77**<br>**Merril Lynch**<br>**FIA Card Services**<br>**P.O. Box 15026**<br>**Wilmington, DE 19850** | - | | | **Prior to 12/08**<br>**Credit Account** | | | | 4,998.97 |
| Account No.<br><br>**REPRESENTING:**<br>**Merril Lynch** | | | | **FIA Card Services**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | | | | |
| Account No. **Invoice # 12305**<br><br>**Creditor #: 78**<br>**Mile Trucking, Inc.**<br>**9036 W. 91st Place**<br>**Hickory Hills, IL 60457** | - | | | **10/09/2007**<br>**Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 4,150.00 |
| Account No. **5189400**<br><br>**Creditor #: 79**<br>**Mpls Auto Auction**<br>**Manheim Minneapolis**<br>**8001 Jefferson Hwy, PO Box 408**<br>**Maple Grove, MN 55369** | - | | | **12/23/08**<br>**Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | 100.00 |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,578.97

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Zydrunas Masalskis** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5189400** <br><br> **Creditor #: 80** <br> **Mpls Auto Auction** <br> **Manheim Orlando** <br> **11801 West Colonial Drive** <br> **Ocoee, FL 34761** | - | | **5/14/09** <br> **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | **200.00** |
| Account No. **207-L-013689** <br><br> **Creditor #: 81** <br> **Mr. Robert Williams** <br> **c/o Faklis & Tallis** <br> **35 E. Wacker Drive, Ste. 2250** <br> **Chicago, IL 60601** | - | | **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.; Breach of Contract law suit.** | | X | | **Unknown** |
| Account No. <br><br> **Representing:** <br> **Mr. Robert Williams** | | | **Andreou & Casson, Ltd.** <br> **661 West Lake Street** <br> **Suite 2 North** <br> **Chicago, IL 60661** | | | | |
| Account No. **Trn Ref #: 20081114-00001352** <br><br> **Creditor #: 82** <br> **Natalia Borisovna Tsimoshchanka** <br> **4-2-3 Koltsova Str.** <br> **Minsk** <br> **Belarus** | - | | **11/14/08** <br> **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** <br> **[2006 Mercedes-Benz ML350]** | | | | **27,249.00** |
| Account No. **4436-0370-3125-0754** <br><br> **Creditor #: 83** <br> **National City** <br> **PO Box 856176** <br> **Louisville, KY 40285-6176** | - | | **Revolving** <br> **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor** | | | | **10,482.22** |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,931.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> National City | | | National City <br> PO Box 2349 <br> Kalamazoo, MI 49003-2349 | | | | |
| Account No. 4857-0583-3209-0418 <br><br> Creditor #: 84 <br> National City <br> PO Box 4068 <br> Kalamazoo, MI 49003 | | - | Revolving <br> Corporate debt in name of N.B. Inc., persoanlly guaranteed by debtor. | | | | 25,152.12 |
| Account No. <br><br> Representing: <br> National City | | | National City <br> P.O. Box 856176 <br>  KY 40284 | | | | |
| Account No. 4857-0583-3209-0392 <br><br> Creditor #: 85 <br> National City <br> PO Box 4068 <br> Kalamazoo, MI 49003 | | - | Revolving <br> Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | | | 48,181.19 |
| Account No. <br><br> Representing: <br> National City | | | National City <br> Customer Service <br> PO Box 3038 K-A16-1J <br> Kalamazoo, MI 49003 | | | | |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **73,333.31**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Zydrunas Masalskis**_____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Representing:** <br> **National City** | | | **National City** <br> **PO Box 856176** <br> **Louisville, KY 40285-6176** | | | | |
| Account No. <br> **Representing:** <br> **National City** | | | **National City** <br> **PO Box 2349** <br> **Kalamazoo, MI 49003-2349** | | | | |
| Account No. **01-420-4585926180** <br> **Creditor #: 86** <br> **National City Bank** <br> **P.O. Box 5570, Loc 7107** <br> **Cleveland, OH 44101-0570** | - | | **Prior to 12/08** <br> **Loan account** | | | | **110,710.10** |
| Account No. <br> **Representing:** <br> **National City Bank** | | | **National City** <br> **Regular Monthly Payments** <br> **P.O. Box 856153** <br> **Louisville, KY 40285** | | | | |
| Account No. **795507** <br> **Creditor #: 87** <br> **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | - | | **Opened  8/23/08** <br> **Utility Company** | | X | | **47.00** |

| | | |
|---|---|---|
| Sheet no. __**25**__ of __**37**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **110,757.10** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 09660477333<br><br>**Creditor #: 88**<br>**Nicor Gas**<br>**PO Box 310**<br>**Aurora, IL 60507-0310** | - | | 05/13/2009<br>**Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 1,281.32 |
| Account No.<br><br>**Creditor #: 89**<br>**OK Transport**<br>**Attn: Alex Shirshin**<br>**4029 E. 23rd Ave.**<br>**Spokane, WA 99223** | - | | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 600.00 |
| Account No. 2423<br><br>**Creditor #: 90**<br>**Orchard Bank**<br>**c/o HSBC Bank Nevada, N.A.**<br>**PO Box 60167**<br>**City Of Industry, CA 91716** | - | | **Revolving**<br>**Credit account.** | | | | Unknown |
| Account No. 5584-1800-1430-5455<br><br>**Creditor #: 91**<br>**Philips & Cohen Associates, Ltd.**<br>**c/o Advanta Business Card**<br>**PO Box 48458**<br>**Oak Park, MI 48237** | - | | **Revolving**<br>**Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 12,731.39 |
| Account No.<br><br>Representing:<br>**Philips & Cohen Associates, Ltd.** | | | **Credit Collection Services**<br>**2 Wells Avenue**<br>**DEPT: 773**<br>**Newton, MA 02459** | | | | |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                14,612.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Representing: Philips & Cohen Associates, Ltd.** | | | | **Philips & Cohen Associates, Ltd. 1002 Justison Street Wilmington, DE 19801** | | | | |
| Account No. **N/A**  **Creditor #: 92 Polish Reklama News, Inc. P.O. Box 300973 Chicago, IL 60630** | | - | | **3/9/2009 Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor.** | | | | 1,115.00 |
| Account No. **00001896WF**  **Creditor #: 93 RMS c/o UPS PO Box 20543 Lehigh Valley, PA 18002** | | - | | **05/05/2009 Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 2,255.87 |
| Account No.  **Representing: RMS** | | | | **DebtAlert 4836 Brecksville Road P.O. Box 539 Richfield, OH 44286** | | | | |
| Account No.  **Representing: RMS** | | | | **UPS Lockbox 577 Carol Stream, IL 60132** | | | | |

Sheet no. __**27**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,370.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                                    ,   Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Policy #: OC0211558** | | | | | **05/05/2009** | | | | |
| **Creditor #: 94 RMS c/o CNA Insurance PO Box 280431, 77 Hartland St., 401 East Hartford, CT 06128-0431** | | | - | | **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 7,508.77 |
| Account No. **119754** | | | | | **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | |
| **Creditor #: 95 Salvage Direct, Inc. c/o National City Attn: Karin Bain 127 W. Spring Street Titusville, PA** | | | - | | | | | | 525.00 |
| Account No. **7084584406724 / 03340** | | | | | **Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor.** | | | | |
| **Creditor #: 96 Southwest Credit c/o AT&T Midwest BSC 5910 W. Plano Parkway, Suite 100 Plano, TX 75093** | | | - | | | | | | 160.84 |
| Account No. **232010427540** | | | | | **Utility account.** | | | | |
| **Creditor #: 97 Southwest Credit c/o ATT Mobility - ILL 5910 W. Plano Parkway, Suite 100 Plano, TX 75093** | | | - | | | | | | 2,125.33 |
| Account No. **000386 C025 01** | | | | | **04/01/09** | | | | |
| **Creditor #: 98 Spoerlein Farm Condominium Assoc. c/o Lieberman Management Svcs 355 W. Dundee Rd., Ste. 110 Buffalo Grove, IL 60089** | | | - | | **Monthly assessments.** | | | | 350.45 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **10,670.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Spoerlein Farm Condominium Assoc.** | | | **Lieberman Management**<br>**Po Box 5723**<br>**Carol Stream, IL 60197-5723** | | | | |
| Account No. **Trn. Ref # 20081211-00004478**<br>**Creditor #: 99**<br>**Sredniy Ovchinnikovsky**<br>**115184 Moscow**<br>**Russia** | - | | **12/11/08**<br>**Corporate debt in name of New Baltija Inc.,**<br>**personally guaranteed by debtor.**<br>**[2007 Jeep Gr. Cherokee 4X4]** | | | | **15,870.00** |
| Account No.<br><br>**Representing:**<br>**Sredniy Ovchinnikovsky** | | | **Liudzmila Babraunichaya**<br>**3 Tatarskaya  Street**<br>**Minsk**<br>**Russia** | | | | |
| Account No.<br><br>**Representing:**<br>**Sredniy Ovchinnikovsky** | | | **Liudzmila Babraunichaya**<br>**55291 Pushkina Ave.**<br>**Minsk**<br>**Russia** | | | | |
| Account No. **KEAI013917**<br>**Creditor #: 100**<br>**Stephen D. Burton & Associates. P.C**<br>**c/o American President Lines**<br>**5450 East Fifth Street**<br>**Tucson, AZ 85711** | - | | **11/14/07**<br>**Corporate debt in name of New Baltija Inc.,**<br>**personally guaranteed by debtor.** | | | | **86,604.00** |

Sheet no. __29__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**102,474.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Zydrunas Masalskis**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Representing:** <br> **Stephen D. Burton & Associates. P.C** | | | | **American President Lines Ltd.** <br> **100 Central Avenue** <br> **Building 400** <br> **South Kearny, NJ 07032** | | | | |
| Account No. <br><br> **Representing:** <br> **Stephen D. Burton & Associates. P.C** | | | | **American President Lines, LTD** <br> **100 Central Avenue** <br> **Building 40C** <br> **South Kearny, NJ 07032** | | | | |
| Account No. **784399** <br> **Creditor #: 101** <br> **Taylor Bean & Whitaker** <br> **1417 N. Magnolia Ave.** <br> **Ocala, FL 34475** | - | | | **Prior to 12/08** <br> **Mortgage account** | | | | **138,644.17** |
| Account No. <br><br> **Representing:** <br> **Taylor Bean & Whitaker** | | | | **Taylor, Bean, & Whitaker** <br> **Regular Payments** <br> **P.O. Box 628204** <br> **Orlando, FL 32862** | | | | |
| Account No. **136916** <br> **Creditor #: 102** <br> **Teller, Levit & Silvertrust, P.C.** <br> **c/o American President Lines** <br> **11 East Adams Street** <br> **Chicago, IL 60603** | - | | | **09/21/06** <br> **Corporate debt in name of New Baltija Inc.,** <br> **personally guaranteed by debtor.** | | | | **108,506.00** |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**247,150.17**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **603532017515** | | | | | **Opened  7/30/04** **Credit account.** | | | | |
| **Creditor #: 103** **Thd/Cbsd** **Po Box 6497** **Sioux Falls, SD 57117** | - | | | | | | X | | 11,765.00 |
| Account No. **6035320175153814** | | | | | **Prior to 12/08** **Credit account** | | | | |
| **Creditor #: 104** **The Home Depot** **c/o Citibank N.A. (South Dakota)** **P.O. Box 689100** **Des Moines, IA 50368-9100** | - | | | | | | | | 11,734.38 |
| Account No. **OOOMCF205 / JE3487** | | | | | **Personal debt.** | | | | |
| **Creditor #: 105** **Transworld Systems, Inc.** **c/o Pekin Insurance Co.** **9525 Sweet Valley Drive** **Valley View, OH 44125** | - | | | | | | | | 132.63 |
| Account No. **Representing:** **Transworld Systems, Inc.** | | | | | **Transworld Systems Inc.** **PO Box 4903** **Trenton, NJ 08650** | | | | |
| Account No. **Representing:** **Transworld Systems, Inc.** | | | | | **Transworld Systems, Inc.** **PO Box 15630 Dept. 23** **Wilmington, DE 19850** | | | | |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **23,632.01**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zydrunas Masalskis** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **757044060004366367** | | | | | Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | | | |
| **Creditor #: 106**<br>**UAB Transela / Tomas Janusauskas**<br>**c/o Vilniaus Bankas Kauno fil.**<br>**Sanasos g. 41, 46231 Kaunas**<br>**Lithuania** | | - | | | | | | | 6,084.00 |
| Account No. **757044060004366367 / 300050020** | | | | | Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor. | | | | |
| **Creditor #: 107**<br>**UAB Transela / Vilniaus Bankas**<br>**Kauno fil. Attn: Tomas Janusauskas**<br>**Sanasos g. 41, 46231 Kaunas**<br>**Lithuania** | | - | | | | | | | 6,084.00 |
| Account No. **N/A** | | | | | 11/23/2008 - 12/30/2008<br>Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | | | |
| **Creditor #: 108**<br>**Ukam Express, Inc.**<br>**Attn: Oleg Pavlyuk**<br>**Des Plaines, IL 60016** | | | | | | | | | 1,355.00 |
| Account No. **409807** | | | | | 3/12/09<br>Corporate debt in name of N.B. Auto, Inc., personally guaranteed by debtor | | | | |
| **Creditor #: 109**<br>**United Lift Truck**<br>**1100 South 25th Avenue**<br>**Bellwood, IL 60104** | | - | | | | | | | 934.45 |
| Account No. | | | | | **United Lift Truck**<br>**2100 Bernice Road**<br>**Lansing, IL 60438** | | | | |
| **Representing:**<br>**United Lift Truck** | | | | | | | | | |

Sheet no. __**32**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,457.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Zydrunas Masalskis**
,                                    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Representing:** **United Lift Truck** | | | | **United Lift Truck** 40 W. 288 Wasco Road Wasco, IL 60183 | | | | |
| Account No. **Representing:** **United Lift Truck** | | | | **United Lift Truck** PO Box 5948 Carol Stream, IL 60197 | | | | |
| Account No. **00001896WF** **Creditor #: 110** **UPS** **Lockbox 577** **Carol Stream, IL 60132** | - | | | **Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor, possible duplicate.** | | | | 2,230.87 |
| Account No. **Representing:** **UPS** | | | | **DebtAlert** **4836 Brecksville Road** **P.O. Box 539** **Richfield, OH 44286** | | | | |
| Account No. **Creditor #: 111** **US 1 Logistics, LLC** **280 Business Park Circle** **Suite 406** **Saint Augustine, FL 32095** | - | | | **Opened 09/18/2008** **Corporate debt in name of New Baltija Inc., personally guaranteed by debtor.** | | | | 19,086.40 |

| | |
|---|---|
| Sheet no. __33__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 21,317.27 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Zydrunas Masalskis__ _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: US 1 Logistics, LLC** | | | | **US 1 Logistics, LLC Send Payments PO Box 809107 Chicago, IL 60680** | | | | |
| Account No. 2627005375 **Creditor #: 112 Us Bank Po Box 130 Hillsboro, OH 45133** | - | | | **Opened 3/01/07 Lease Vehicle; repossessed.** | | X | | 1,745.00 |
| Account No. **Representing: Us Bank** | | | | **U.S.Bank, N.A. PO Box 790117 Saint Louis, MO 63179-0117** | | | | |
| Account No. **Representing: Us Bank** | | | | **US Bank PO Box 790408 Saint Louis, MO 63179-0408** | | | | |
| Account No. **Creditor #: 113 UZ Trans Inc. Attn: Jamshid Yulchiyev 1562 S. Parker Road, Ste. 304 Denver, CO 80231** | - | | | **Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor.** | | | | 600.00 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 2,345.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Zydrunas Masalskis_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **842732427** <br><br> **Creditor #: 114** <br> **VW Credit, Inc.** <br> **PO Box 3704** <br> **Hillsboro, OR 97123** | - | | | Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | | | 43,218.47 |
| Account No. **718737513** <br><br> **Creditor #: 115** <br> **Washington Mutual** <br> **990 S. Second St.** <br> **Coos Bay, OR 97420** | - | | | Revolving <br> Corporate debt in name of New Baltija, Inc., personally guaranteed by debtor. | | | | 64,490.69 |
| Account No. <br><br> **Representing:** <br> **Washington Mutual** | | | | Chase <br> PO Box 182223 <br> Columbus, OH 43218-2223 | | | | |
| Account No. **0718759020** <br><br> **Creditor #: 116** <br> **Washington Mutual** <br> **JPMC National Retail Lockbox** <br> **1820 E. Sky Harbor Circle South** <br> **Phoenix, AZ 85034** | - | | | Revolving <br> Corporate debt in name of N.B. Auto, Inc.,personally guaranteed by debtor | | | | 13,786.71 |
| Account No. <br><br> **Representing:** <br> **Washington Mutual** | | | | Chase <br> PO Box 182223 <br> Columbus, OH 43218-2223 | | | | |

Sheet no. __35__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

121,495.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Zydrunas Masalskis**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Washington Mutual** | | | | | **Washington Mutual Bank Small Business Loan Servicing P.O. Box 34990 San Antonio, TX 78258** | | | | |
| Account No. 150819230220090 **Creditor #: 117 Waste Management Attn: Billing Dept. 1411 Opus Place, Suite 400 Downers Grove, IL 60515** | | - | | | 04/01/2009 Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | | | 68.89 |
| Account No. 177263587 **Creditor #: 118 West Asset Management c/o AT&T 7171 Mercy Road Omaha, NE 68106** | | - | | | 06/11/09 Corporate debt in name of N.B. Auto Inc., personally guaranteed by debtor. | | | | 249.04 |
| Account No. **Trn Ref # 20090115-00002098** **Creditor #: 119 Yury Arlouski Pervomayskaya Ulitsa 56 Mogileva Belarus** | | - | | | 1/15/09 Corporate debt in name of N.B. Auto, Inc. , personally guaranteed by debtor. [2008 Dodge Magnum] | | | | 5,115.00 |
| Account No. 3715-493395-21004 **Creditor #: 120 Zwicker & Associates, P.C. c/o American Express 80 Minuteman Rd Andover, MA 01810** | | - | | | 05/20/2009 Corporate debt in name of New Baltija Inc., personally guaranteed by debtor. | | | | 14,748.39 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,181.32

B6F (Official Form 6F) (12/07) - Cont.

In re **Zydrunas Masalskis**                                                      ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Representing: <br> Zwicker & Associates, P.C. | | | | American Express <br> PO Box 0001 <br> Los Angeles, CA 90096-0001 | | | | |
| Account No. <br><br> Representing: <br> Zwicker & Associates, P.C. | | | | American Express <br> Customer Service <br> PO Box 981535 <br> El Paso, TX 79998 | | | | |
| Account No. <br><br> Representing: <br> Zwicker & Associates, P.C. | | | | American Exptress <br> Express Cash <br> PO Box 981531 <br> El Paso, TX 79998 | | | | |
| Account No. <br><br> Representing: <br> Zwicker & Associates, P.C. | | | | Zwicket & Associates, P.C. <br> PO Box 101145 <br> Birmingham, AL 35210 | | | | |
| Account No. | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | **0.00** |
| | Total (Report on Summary of Schedules) | | **1,738,266.44** |

B6G (Official Form 6G) (12/07)

In re   **Zydrunas Masalskis** _____,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re __Zydrunas Masalskis_____,      Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

__0___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Zydrunas Masalskis**                                    Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Shipping & Auto repair/sales** | |
| Name of Employer | **Self employed** | |
| How long employed | **10/2000 & 10/2005** | |
| Address of Employer | **7719 W. 60th Place** **Summit Argo, IL 60501** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **N/A** |
| 2. Estimate monthly overtime | **0.00** | **N/A** |
| 3. SUBTOTAL | $ **0.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **N/A** |
| b. Insurance | $ **0.00** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **2,575.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,575.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,575.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **2,575.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Zydrunas Masalskis** _____    Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,200.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 100.00 |
| b. Water and sewer | | $ | 30.00 |
| c. Telephone | | $ | 150.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 75.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 75.00 |
| 6. Laundry and dry cleaning | | $ | 30.00 |
| 7. Medical and dental expenses | | $ | 25.00 |
| 8. Transportation (not including car payments) | | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 90.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18.  AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,825.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Rent and utilities are projected as current realty is to be surrendered.  Some expenses adjusted (telephone) as deductions taken on Business Income & Expense Report.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 2,575.00 |
| b.  Average monthly expenses from Line 18 above | $ | 2,825.00 |
| c.  Monthly net income (a. minus b.) | $ | -250.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Zydrunas Masalskis**                                                 Case No. _____

                                      Debtor(s)         Chapter     **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**54**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 19, 2009**_____          Signature   **/s/ Zydrunas Masalskis**_____

                                                                   **Zydrunas Masalskis**
                                                                    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    __Zydrunas Masalskis__       Case No. _____

                                   Debtor(s)          Chapter    __7__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$46,000.00** | **2007:** |
| | **New Baltija, Inc. (Gross Receipts): $17,829,009** |
| | **N.B. Auto, Inc. (Gross Receipts): $15,654,614** |
| | **Debtor's personal Wages (from the above corporations): $46,000** |
| **$42,667.00** | **2008:** |
| | **New Baltija, Inc. (Gross Receipts): $17,028,508** |
| | **New Baltia, LLC (Gross Receipts): $40,015** |
| | **N.B. Auto, Inc. (Gross Receipts): $18,953,392** |
| | **Debtor's personal Wages (from the above corporations): $42,667** |

2

AMOUNT                SOURCE
**$20,600.00**            **2009:**
                      **New Baltija, Inc. & N.B. Auto, Inc. (Combined aprox. gross ytd): $18,000,000**
                      **Debtor's aprox. gross wages: $20,600**

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Robert Williams v. N.B. Auto, Inc. & Eligius Majauskas No. 07-L-013689** | **Breach of Contract** | **Cook County, Illinois** | **Pending** |
| **National City Bank v. Zydrunas Masalskis, Gold Job Construction, Inc., et al. No. 09-CH-2928** | **Forclosure** | **DuPage County, Illinois** | **Pending.** |

None  ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None  ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **US Bank**<br>**PO Box 790117**<br>**Saint Louis, MO 63179** | **April 2009** | **Leased vehicle; vol repo due to flood damage; insurnace claim at aprox.$60,000 which went directly to creditor.** |
| **Audi Financial Services**<br>**PO Box 17497**<br>**Baltimore, MD 21297-1497** | **May 2009** | **Leased Audi; repossessed.** |
| **VW Credit, Inc.**<br>**PO Box 3704**<br>**Hillsboro, OR 97123** | **05/27/09** | **Leased Audi; repossessed.** |

**6.  Assignments and receiverships**

None  ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None  ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

4

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Leased Mercedes S550; value unknown.** | **Flood damage; "total loss"; American Family Insurance paid to U.S. Bank (lien holder/lessor) aprox. $60,000; deficiency to U.S. Bank  in schedule F.** | **April 2009** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **05 June 2009** | **$500.00** |
| **Kaplan Law Offices, P.C.**<br>**4043 Dempster**<br>**Skokie, IL 60076** | **19 August 2009** | **$1,500.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Beak Transport Company**<br>**212 Kazwell Street**<br>**Willow Springs, IL 60480**<br>    **Employer** | **Nov/Dec. 2008** | **1999 Trailer; $2000** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **New Baltija, Inc.** | 36-4402512 | **7719 W. 60th Place Summit Argo, IL 60501** | **Transport & shipping** | **31 October 2000 to present** |
| **New Baltia, LLC** | 26-2741187 | **1025 Courtland Drive Buffalo Grove, IL 60089** | **Transport & Shipping** | **21 May 2008 to December 2008** |
| **N B Auto, Inc.** | 42-1681680 | **7719 W. 60th Place Summit Argo, IL 60501** | **Autobody Shop** | **05 October 2005 to present** |

7

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                  ADDRESS

        The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

        *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

        **19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                               DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

        **20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                      RECORDS

        **21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                   PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None
☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |
| **Marijus Jeneliauskas** | **812 Bonnie Brae Drive** | **Company closed aprox. Dec.** |
|  | **Downers Grove, IL 60516** | **2008.** |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **August 19, 2009**       Signature    **/s/ Zydrunas Masalskis**

                                                **Zydrunas Masalskis**
                                                Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Zydrunas Masalskis__ _____     Case No.  _____

_____  Debtor(s)     Chapter  __7__  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| | |
|---|---|
| Property No. 1 | |
| **Creditor's Name:**<br>**5th 3rd Bk** | **Describe Property Securing Debt:**<br>**Residence/Townhouse:**<br>**1025 Courtland Drive**<br>**Buffalo Grove, Illinois 60089** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

| | |
|---|---|
| Property No. 2 | |
| **Creditor's Name:**<br>**Charter One** | **Describe Property Securing Debt:**<br>**Residence/Townhouse:**<br>**1025 Courtland Drive**<br>**Buffalo Grove, Illinois 60089** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Citibankna** | **Describe Property Securing Debt:**<br>**Residence/Townhouse:**<br>**1025 Courtland Drive**<br>**Buffalo Grove, Illinois 60089** |

Property will be (check one):
  ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    □ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Natl City** | **Describe Property Securing Debt:**<br>**Investment/Single Family Spec House:**<br>**924 S. Thurlow**<br>**Hinsdale, illinois 60521** |

Property will be (check one):
  ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Ntl City Mtg** | **Describe Property Securing Debt:**<br>**Investment/Single Family Spec House:**<br>**924 S. Thurlow**<br>**Hinsdale, illinois 60521** |

Property will be (check one):
  ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Taylor Bean** | **Describe Property Securing Debt:**<br>**Residence/Townhouse:**<br>**1025 Courtland Drive**<br>**Buffalo Grove, Illinois 60089** |

Property will be (check one):
   ■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 19, 2009**                          Signature  **/s/ Zydrunas Masalskis**
                                                               **Zydrunas Masalskis**
                                                               Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Zydrunas Masalskis_____

                                          Debtor(s)

Case No.    _____

Chapter    __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept............................................................    $    _____**1,701.00**

        Prior to the filing of this statement I have received.............................................    $    _____**1,701.00**

        Balance Due............................................................................................................    $    _____**0.00**

2.    $__**299.00**___ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

        ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

        ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.  [Other provisions as needed]
            **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**August 19, 2009**_____

                                      **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                                      **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                      **Kaplan Law Offices, P.C.**
                                      **4043 Dempster**
                                        **Skokie, IL 60076**
                                        **847-676-8600  Fax: 847-676-8601**
                                        **ayk@ameritech.net**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494 | X | /s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) | August 19, 2009 |
|---|---|---|---|
| Printed Name of Attorney Address: **4043 Dempster Skokie, IL 60076 847-676-8600 ayk@ameritech.net** | | Signature of Attorney | Date |

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Zydrunas Masalskis | X | /s/ Zydrunas Masalskis | August 19, 2009 |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Zydrunas Masalskis_____   Case No. _____

                                        Debtor(s)        Chapter   __7_____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __196__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   __August 19, 2009_____        __/s/ Zydrunas Masalskis_____
                                            __Zydrunas Masalskis__
                                            Signature of Debtor

5th 3rd Bk
38 Fountain Sq Pl
Cincinnati, OH 45202


ABT TV
P.O. Box 960061
Orlando, FL 32896


Abt Tv/Gemb
Po Box 981439
El Paso, TX 79998


Adkins Transport
Attn: Ronnie Adkins
10 Hillside Way
Dresden, ME 04342


ADT Security Services Inc.
PO Box 371967
Pittsburgh, PA 15250-7967


Advanta Bk
Welsh And Mckean R
Horsham, PA 19044


Agata Stanislavovna Matseykyanets
Ul. Artileriyskaya 28
G. Lida
Belarus


Aliaksandr Boniushka Victorovich
40-43 Yakubova Str.
Minsk
Belarus


Aliaksei Papok Nikalaevich
6-106 Gintovta Str.
Minsk
Belarus


Alliant Law Group, P.C.
c/o AT&T
PO Box 468569
Atlanta, GA 31146

Alliant Law Group, P.C.
2860 Zanker Road, Suite 105
San Jose, CA 95134

American Express
PO Box 0001
Los Angeles, CA 90096-0001

American Express
Customer Service
PO Box 981535
El Paso, TX 79998

American Exptress
Express Cash
PO Box 981531
El Paso, TX 79998

American President Lines
c/o Teller, Levit, & Silvertrust, P
11 East Adams St.
Chicago, IL 60603

American President Lines
Attn: Rebecca Ruiz
116  Inverness Drive East Ste. 400
Englewood, CO 80112

American President Lines
c/o Stephen D. Burton & Assoc., PC
5450 E. Fifth St.
Tucson, AZ 85711

American President Lines Ltd.
100 Central Avenue
Building 400
South Kearny, NJ 07032

American President Lines, LTD
100 Central Avenue
Building 40C
South Kearny, NJ 07032

Andrei Vladimiravich Kazhemiaka
16-4 Parkovaia Str. D. Stankovo Obl
Minskaya Dzerginski R-N
Belarus


Andrejus Presniakovas
Baltic Auto Shipping, Inc.
16189 New Ave.
Lemont, IL 60439


Andreou & Casson, Ltd.
661 West Lake Street
Suite 2 North
Chicago, IL 60661


AT&T
Po Box 6428
Carol Stream, IL 60197-6428


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T
P.O. Box 8100
Aurora, IL 60507


AT&T
5020 Ash Grove Road
Springfield, IL 62711


Audi Financial Services
PO Box 17497
Baltimore, MD 21297-1497


Authentic Business Systems, Inc.
9217 Gulfstream
Frankfort, IL 60423

Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886


Bank of America
PO Box 650071
Dallas, TX 75265-0071


Bank of America
PO Box 650071
Dallas, TX 75265-0071


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
PO Box 15026
Wilmington, DE 19850


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Bank of America
Customer Correspondence
PO Box 15184
Wilmington, DE 19850


Bank of America
PO Box 53101
Phoenix, AZ 85072


Best Buy/Reward Zone Program Master
PO Box 17051
Baltimore, MD 21297


Best Buy/Reward Zone Program Master
PO Box 80045
Salinas, CA 93912


Bk Of Amer
4060 Ogletown/Stan
Newark, DE 19713

```
Bk Of Amer
P.O. Box 15027
Wilmington, DE 19850


Bloomingdale's Insider
P.O. Box 183083
Columbus, OH 43218


Bloomingdale's Insider
Customer Service
P.O. Box 8118
Mason, OH 45040


Bloomingdale's Insider
Credit Bureu Dispute Verification
P.O. Box 8218
Mason, OH 45040


Bloomingdale's Insider
Collection Services
9111 Duke Boulevard
Mason, OH 45040


Buckeye Transcor, Inc.
Attn: Chris & Bill VanSchoyck
PO Box 193
Columbus Grove, OH 45830


Buckeye Transcor, Inc.
211 E. Sycamore St.
PO Box 193
Columbus Grove, OH 45830


C.C.S.
P.O. Box 55126
Boston, MA 02205-5126


Capital One
PO Box 71083
Charlotte, NC 28272


Capital One, N.A.
P.O. Box 6492
Carol Stream, IL 60197
```

CBA
PO Box 5013
Hayward, CA 94540-5013


CCS
P.O. Box 9134
Needham Heights, MA 02494


CCS
PO Box 55126
Boston, MA 02205-5126


CDA Trans. Corp.
Attn: Adem Cesir
5137 N. Nottingham
Chicago, IL 60656


CEDA
208 South LaSalle, Ste. 1900
Chicago, IL 60604


CentralDispatch.com
3525 Del Mar Heights Rd. #212
San Diego, CA 92130


Charter One
1 Citizens Dr
Riverside, RI 02915


Charter One
P.O. Box 42002
Providence, RI 02940-2002


Charter One Consumer Loan Servicing
P.O Box 42002
Providence, RI 02940-2002


Chase
800 Brooksedge Blv
Westerville, OH 43081


Chase
Bank One Card Serv
Westerville, OH 43081

```
Chase
c/o Cardmember Services
PO Box 15153
Wilmington, DE 19886


Chase
c/o Cardmember Services
PO Box 15153
Wilmington, DE 19886


Chase
c/o Cardmember Services
PO Box 15153
Wilmington, DE 19886


Chase
Cardmember Service
PO Box 15298
Wilmington, DE 19850-5298


Chase
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298


Chase
c/o Cardmember Services
PO Box 15153
Wilmington, DE 19886


Chase
PO Box 182223
Columbus, OH 43218-2223


Chase
PO Box 182223
Columbus, OH 43218-2223


Chase (Inquiries)
P.O. Box 15298
Wilmington, DE 19850


Chase (Inquiries)
Cardmember Services
PO Box 15298
Wilmington, DE 19850-5298
```

Chopp Commercial Properties, LLC
9100 West Plainfield Road
Brookfield, IL 60513


CitiBank, N.A.
PO Box 209012
Brooklyn, NY 11220-9012


Citibankna
1000 Technology Dr
O Fallon, MO 63368


Collection Bureau of America
c/o DS Waters of North America
PO Box 5013
Hayward, CA 94540-5013


ComEd
PO Box 6111
Carol Stream, IL 60197


Credit Collection Services
c/o Founders Insurance
Two Wells Ave., Dept 9134
Newton Center, MA 02459


Credit Collection Services
Two Wells Ave., Dept 9134
Newton, MA 02459


Credit Collection Services
c/o Commonwealth Edison
2 Wells Aven. DEPT: 773
Newton, MA 02459


Credit Collection Services
2 Wells Avenue
DEPT: 773
Newton, MA 02459


DAK Transport
Attn: Andy Skladanowski
9335 W. Peninsula Ct.
Monee, IL 60452

DebtAlert
4836 Brecksville Road
P.O. Box 539
Richfield, OH 44286


DebtAlert
4836 Brecksville Road
P.O. Box 539
Richfield, OH 44286


Direct Merchants Bank
PO Box 17313
Baltimore, MD 21297-1313


Direct Merchants Bank
PO Box 5250
Carol Stream, IL 60197-9641


Discover
PO Box 6103
Carol Stream, IL 60197-6103


Discover Business Card
PO Box 15316
Wilmington, DE 19850


Discover Fin
Pob 15316
Wilmington, DE 19850


Discover Fin
Pob 15316
Wilmington, DE 19850


Dsnb Bloom
9111 Duke Blvd
Mason, OH 45040


Dsnb Macys
9111 Duke Blvd
Mason, OH 45040


Dzmitry Zubovich
G. Bobruysk UL.
Belarus

Encore Receivable Management, Inc.
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3333


FeEx Corporation
Revenue Recovery Department
Po Box 94515
Palatine, IL 60094-4515


FIA Card Services
P.O. Box 15019
Wilmington, DE 19886


Fia Csna
4060 Ogletown/Stan
Newark, DE 19713


Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45263


Financial Recovery Services, Inc.
c/o Chase
PO Box 385908
Minneapolis, MN 55438-5908


First Midwest Bank
Payment Processing
P.O. Box 9003
Gurnee, IL 60031


Founders Insurance Company
1645 E. Birchwood Ave.
Des Plaines, IL 60018


GE Money Bank
P.O. Box 981127
El Paso, TX 79998-1127


GE Money Bank (Billing Inquiries)
P.O. Box 981438
El Paso, TX 79998-1438

GE Money Bank (Mail Payment)
PO Box 960061
Orlando, FL 32896-0061


Gorgasal Trucking LLC
Attn: Ruslan Khukhua
11822 E. Fair Ave.
Greenwood Village, CO 80111


Hanna Ignatievna Kashkan
Tristenets Uzdenskiy R-N
Minsk
Belarus


Hanna Kurpeshka
87-101 Oktyabrskaya
Soligorsk
Belarus


Harris Bank
c/o Billing Department
Serv. Dept. D P.O.Box 5043
Rolling Meadows, IL 60008


Harris N.A.
P.O. Box 94033
Palatine, IL 60094-4033


Heaver Scott Beyers & Mihlar, LLC
60 West Randolph, Ste. 200
Chicago, IL 60601


Heavner Scott Beyers & Mihlar, LLC
111 E. Main St., Ste. 200
Decatur, IL 62523


Hinckley Springs
c/o DS Waters of America, Inc.
PO BOX 660579
Dallas, TX 75266-0579


Hinckley Springs
c/o DS Waters of America, Inc.
PO BOX 660579
Dallas, TX 75266-0579

Hinckley Springs
PO BOX 660579
Dallas, TX 75266-0579

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

I.C. Systems, Inc.
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55164

I.C. Systems, Inc.
P.O. Box 64138
Saint Paul, MN 55164-0138

IBG, Inc.
P.O. Box 1120
Barbourville, KY 40906

IBG, Inc.
P.O. Box 1120
Barbourville, KY 40906

Insurance Auto Auctions
Two Westbrook Center
Suite 500
Westchester, IL 60154

Jacobs Transportation Inc.
Attn: Orfilda Flores
3720 W. Fullerton
Chicago, IL 60647

JP Morgan Chase Bank, N.A.
Fraud Recovery Investigations
PO Box 710988
Columbus, OH 43271

Lieberman Management
Po Box 5723
Carol Stream, IL 60197-5723

```
Liudzmila Babraunichaya
3 Tatarskaya  Street
Minsk
Russia


Liudzmila Babraunichaya
55291 Pushkina Ave.
Minsk
Russia


Macy's
111 Boulder Industrial Drive
Bridgeton, MO 63044


Macy's
PO Box 183084
Columbus, OH 43218-3084


Macy's
PO Box 689195
Des Moines, IA 50368-9195


Macy's
P.O. Box 689195
Des Moines, IA 50368


Mako Properties
7742 W. 61st Place
Summit Argo, IL 60501


Maslovsky & Associates, LTD.
c/o Ala Moverer
555 Skokie Blvd., Ste. 500
Northbrook, IL 60062


Merril Lynch
FIA Card Services
P.O. Box 15026
Wilmington, DE 19850


Mile Trucking, Inc.
9036 W. 91st Place
Hickory Hills, IL 60457
```

```
Mpls Auto Auction
Manheim Minneapolis
8001 Jefferson Hwy, PO Box 408
Maple Grove, MN 55369


Mpls Auto Auction
Manheim Orlando
11801 West Colonial Drive
Ocoee, FL 34761


Mr. Robert Williams
c/o Faklis & Tallis
35 E. Wacker Drive, Ste. 2250
Chicago, IL 60601


Natalia Borisovna Tsimoshchanka
4-2-3 Koltsova Str.
Minsk
Belarus


National City
PO Box 856176
Louisville, KY 40285-6176


National City
PO Box 4068
Kalamazoo, MI 49003


National City
PO Box 4068
Kalamazoo, MI 49003


National City
Regular Monthly Payments
P.O. Box 856153
Louisville, KY 40285


National City
PO Box 2349
Kalamazoo, MI 49003-2349


National City
P.O. Box 856176
KY 40284
```

National City
Customer Service
PO Box 3038 K-A16-1J
Kalamazoo, MI 49003


National City
PO Box 856176
Louisville, KY 40285-6176


National City
PO Box 2349
Kalamazoo, MI 49003-2349


National City Bank
P.O. Box 5570, Loc 7107
Cleveland, OH 44101-0570


Natl City
Po Box 94982
Cleveland, OH 44101


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


Nicor Gas
PO Box 310
Aurora, IL 60507-0310


Ntl City Mtg
3232 Newark Dr
Miamisburg, OH 45342


OK Transport
Attn: Alex Shirshin
4029 E. 23rd Ave.
Spokane, WA 99223


Orchard Bank
c/o HSBC Bank Nevada, N.A.
PO Box 60167
City Of Industry, CA 91716

Philips & Cohen Associates, Ltd.
c/o Advanta Business Card
PO Box 48458
Oak Park, MI 48237


Philips & Cohen Associates, Ltd.
1002 Justison Street
Wilmington, DE 19801


Polish Reklama News, Inc.
P.O. Box 300973
Chicago, IL 60630


RMS
c/o UPS
PO Box 20543
Lehigh Valley, PA 18002


RMS
c/o CNA Insurance
PO Box 280431, 77 Hartland St., 401
East Hartford, CT 06128-0431


Salvage Direct, Inc.
c/o National City Attn: Karin Bain
127 W. Spring Street
Titusville, PA


Southwest Credit
c/o AT&T Midwest BSC
5910 W. Plano Parkway, Suite 100
Plano, TX 75093


Southwest Credit
c/o ATT Mobility - ILL
5910 W. Plano Parkway, Suite 100
Plano, TX 75093


Spoerlein Farm Condominium Assoc.
c/o Lieberman Management Svcs
355 W. Dundee Rd., Ste. 110
Buffalo Grove, IL 60089


Sredniy Ovchinnikovsky
115184 Moscow
Russia

Stephen D. Burton & Associates. P.C
c/o American President Lines
5450 East Fifth Street
Tucson, AZ 85711


Taylor Bean
101 Ne 2nd Street
Ocala, FL 34470


Taylor Bean & Whitaker
1417 N. Magnolia Ave.
Ocala, FL 34475


Taylor, Bean, & Whitaker
Regular Payments
P.O. Box 628204
Orlando, FL 32862


Teller, Levit & Silvertrust, P.C.
c/o American President Lines
11 East Adams Street
Chicago, IL 60603


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


The Home Depot
c/o Citibank N.A. (South Dakota)
P.O. Box 689100
Des Moines, IA 50368-9100


Transworld Systems Inc.
PO Box 4903
Trenton, NJ 08650


Transworld Systems, Inc.
c/o Pekin Insurance Co.
9525 Sweet Valley Drive
Valley View, OH 44125


Transworld Systems, Inc.
PO Box 15630 Dept. 23
Wilmington, DE 19850

U.S.Bank, N.A.
PO Box 790117
Saint Louis, MO 63179-0117


UAB Transela / Tomas Janusauskas
c/o Vilniaus Bankas Kauno fil.
Sanasos g. 41, 46231 Kaunas
Lithuania


UAB Transela / Vilniaus Bankas
Kauno fil. Attn: Tomas Janusauskas
Sanasos g. 41, 46231 Kaunas
Lithuania


Ukam Express, Inc.
Attn: Oleg Pavlyuk
Des Plaines, IL 60016


United Lift Truck
1100 South 25th Avenue
Bellwood, IL 60104


United Lift Truck
2100 Bernice Road
Lansing, IL 60438


United Lift Truck
40 W. 288 Wasco Road
Wasco, IL 60183


United Lift Truck
PO Box 5948
Carol Stream, IL 60197


UPS
Lockbox 577
Carol Stream, IL 60132


UPS
Lockbox 577
Carol Stream, IL 60132

US 1 Logistics, LLC
280 Business Park Circle
Suite 406
Saint Augustine, FL 32095


US 1 Logistics, LLC
Send Payments
PO Box 809107
Chicago, IL 60680


Us Bank
Po Box 130
Hillsboro, OH 45133


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


UZ Trans Inc.
Attn: Jamshid Yulchiyev
1562 S. Parker Road, Ste. 304
Denver, CO 80231


VW Credit, Inc.
PO Box 3704
Hillsboro, OR 97123


Washington Mutual
990 S. Second St.
Coos Bay, OR 97420


Washington Mutual
JPMC National Retail Lockbox
1820 E. Sky Harbor Circle South
Phoenix, AZ 85034


Washington Mutual Bank
Small Business Loan Servicing
P.O. Box 34990
San Antonio, TX 78258


Waste Management
Attn: Billing Dept.
1411 Opus Place, Suite 400
Downers Grove, IL 60515

```
West Asset Management
c/o AT&T
7171 Mercy Road
Omaha, NE 68106


Yury Arlouski
Pervomayskaya Ulitsa 56
Mogileva
Belarus


Zwicker & Associates, P.C.
c/o American Express
80 Minuteman Rd
Andover, MA 01810


Zwicket & Associates, P.C.
PO Box 101145
Birmingham, AL 35210
```

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Zydrunas Masalskis** _____    Case No. _____

_____    Chapter    **7** _____

Debtor(s)

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Zydrunas Masalskis**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on    **August 19, 2009** _____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** _____
Signature
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.)
6272494**

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Zydrunas Masalskis__ _____     Case No. _____

_____ Debtor(s)                              Chapter __7__ _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any):_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  __/s/ Zydrunas Masalskis__ _____
                        **Zydrunas Masalskis**

Date:  __August 19, 2009__ _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Zydrunas Masalskis**

Debtor(s)

Case No.

Chapter  **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:                $    **36,021,915.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income                                        $       **3,000,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor)              $ | **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **0.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Cost of goods sold (New Baltija, Inc.)** | **1,335,000.00** |
| **Repairs & maintenance (New Baltija, Inc.)** | **1,350.00** |
| **Rents (New Baltija, Inc.)** | **6,055.00** |
| **Interest (New Baltija, Inc.)** | **500.00** |
| **Advertising (New Baltija, Inc.)** | **280.00** |
| **Automobile & truck expense (New Baltija, Inc.)** | **1,000.00** |
| **Bank charges (New Baltija, Inc.)** | **2,500.00** |
| **Delivery & freight (New Baltija, Inc.)** | **51,000.00** |
| **Discounts (New Baltija, Inc.)** | **1,530.00** |
| **Equipment rent (New Baltija, Inc.)** | **415.00** |
| **Insurance (New Baltija, Inc.)** | **310.00** |
| **Legal & professional (New Baltija, Inc.)** | **295.00** |
| **Office expenses (New Baltija, Inc.)** | **55.00** |
| **Postage (New Baltija, Inc.)** | **1,550.00** |
| **Telephone (New Baltija, Inc.)** | **285.00** |
| **Utilities (New Baltija, Inc.)** | **670.00** |
| **Subcontractors (New Baltija, Inc.)** | **10,500.00** |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Cost of goods sold (N B Auto, Inc.)** | **1,456,000.00** |
| **Repairs & Maintenance (N B Auto, Inc.)** | **835.00** |

| | |
|---|---|
| **Rents (N B Auto, Inc.)** | **6,665.00** |
| **Interest (N B Auto, Inc.)** | **2,000.00** |
| **Advertising (N B Auto, Inc.)** | **100.00** |
| **Automobile & truck expenses (N B Auto, Inc.)** | **2,600.00** |
| **Bank charges (N B Auto, Inc.)** | **2,500.00** |
| **Delivery & freight (N B Auto, Inc.)** | **101,000.00** |
| **Discounts (N B Auto, Inc.)** | **3,060.00** |
| **Insurance (N B Auto, Inc.)** | **750.00** |
| **Legal & professional (N B Auto, Inc.)** | **800.00** |
| **Office expenses (N B Auto, Inc.)** | **450.00** |
| **Permtis & fees (N B Auto, Inc.)** | **50.00** |
| **Postage (N B Auto, Inc.)** | **230.00** |
| **Telephone (N B Auto, Inc.)** | **235.00** |
| **Utilities (N B Auto, Inc.)** | **605.00** |
| **Subcontractors (N B Auto, Inc.)** | **6,250.00** |

22. Total Monthly Expenses (Add items 3-21)　　　　　　　　　　　　　　　　$ __2,997,425.00__

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)　　　　　$ __2,575.00__

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Zydrunas Masalskis** _____ ,    Case No. _____
                                 Debtor

Chapter _____ **7** _____

# DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date_____ **August 19, 2009** _____        **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** _____
                                             Signature of attorney
                                             **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                             **Kaplan Law Offices, P.C.**
                                             **4043 Dempster**
                                             **Skokie, IL 60076**
                                             **847-676-8600**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Zydrunas Masalskis** _____     Case No. _____
                                        Debtor(s)                   Chapter    **7** _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Zydrunas Masalskis** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **August 19, 2009** _____         Signature    **/s/ Zydrunas Masalskis** _____
                                                                 **Zydrunas Masalskis**
                                                                 Debtor

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)      the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)      the effect of receiving a discharge of debts
(3)      the effect of reaffirming a debt; and
(4)      your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Zydrunas Masalskis | August 19, 2009 |
|---|---|
| Debtor's Signature | Date |